**DISMISS; and Opinion Filed October 11, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00169-CR
No. 05-13-00171-CR

**LESLIE JO ANDERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause Nos. F09-25151-X, F09-71586-X**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Evans

Appellant, who is representing herself, has filed a motion to dismiss the appeals. The

Court **GRANTS** the motion and **ORDERS** that the appeals be **DISMISSED** and this decision be

certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

130169F.U05